**Order entered November 19, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00248-CR

### CARLOS DANIEL PADILLA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F-1659454-U

## ORDER

Appellant's motion to withdraw the appeal is not signed by appellant. *See* TEX. R. APP. P. 42.2. Appellant is **ORDERED** to file an amended motion in compliance with the rule within ten days.

/s/     BILL WHITEHILL
         JUSTICE